IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. D'ANGELO | : CIVIL ACTION |
| | : |
| v. | : NO. 21-4813 |
| | : |
| VANGUARD GROUP, INC. | : |

## ORDER

**AND NOW**, this 10th day of November 2022, upon considering Defendant's Motion for summary judgment (ECF Doc. No. 23), Plaintiff's Opposition (ECF Doc. No. 33), Defendant's Reply (ECF Doc. No. 38), and finding Plaintiff does not adduce evidence of a genuine issue of material fact precluding the entry of summary judgment in Defendant's favor as more fully detailed in the accompanying Memorandum, it is **ORDERED** Defendant's Motion for summary judgment (ECF Doc. No. 23) is **GRANTED** and the Clerk of Court shall **close** this case.

_____
KEARNEY, J.