# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. D'ANGELO | : CIVIL ACTION |
| | : |
| v. | : NO. 21-4813 |
| | : |
| VANGUARD GROUP, INC. | : |

## ORDER

AND NOW, this 23rd day of January 2023, upon considering Plaintiff's Motion for extension of the appeal period (ECF Doc. No. 44), Defendant's Opposition (ECF Doc. No. 45), following an extensive evidentiary hearing, and for reasons in the accompanying Memorandum with Findings of Fact and Conclusion of Law confirming no excusable neglect permitting Plaintiff to proceed on an untimely Notice of appeal, it is **ORDERED** Plaintiff's Motion for extension (ECF Doc. No. 44) is **DENIED**.

_____
KEARNEY, J.