IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. D'ANGELO, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | NO. 21-4813 |
| | : | |
| VANGUARD GROUP, INC | : | |
| individually, and d/b/a Vanguard, | : | |
| Defendant | : | |

## JUDGMENT

**AND NOW**, this 4th day of April, 2023, judgment is hereby entered in favor of Defendant Vanguard Group, Inc., individually, and d/b/a Vanguard, and against Plaintiff John J. D'Angelo, in the amount of $8,053.83.

　　　　　　　　　　　　　　　　　　　　　GEORGE WYLESOL
　　　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　By:　　*/s/ Sharon A. Hall-Moore*
　　　　　　　　　　　　　　　　　　Deputy Clerk